ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
KJepsen@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada  89509
Telephone: (775) 785-0088
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANDON BISSET,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALS GROUP USA, CORP, ALS USA, INC., and DOES I-X,<br><br>　　　　　　Defendants. | CASE NO.:   3:20-cv-00036-LRH-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**<br>**[First Request]** |

Plaintiff Landon Bisset ("Plaintiff" or "Bisset") and Defendants ALS Group USA, Corp and ALS USA, Inc. (collectively, when possible, "Defendants"[1]), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendants to Respond to Plaintiff's Complaint.  Defendants seek a brief extension of less than two weeks to answer or otherwise respond to the Plaintiff's Complaint.  This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice.  Accordingly, the Parties

---

[1] ALS USA, Inc. contends that it is the only proper Defendant in this matter.  To the extent that ALS Group USA, Corp is deemed a proper party, it joins in this stipulation.

have agreed and stipulate that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint will be on or before **February 26, 2020**.

RESPECTFULLY SUBMITTED,

DATED this 10th day of February, 2020.

BY:  /s/ Mark Mausert, Esq.
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
mark@markmausertlaw.com
729 Evans Avenue
Reno, Nevada 89512
Phone: (775) 786-5477
Fax: (775) 786-9658

*Attorneys for Plaintiff*

DATED this 10th day of February, 2020.

BY:  /s/ Anthony L. Hall, Esq.
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
KJepsen@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

DATED:  February 11, 2020