# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANDON BISSETT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALS USA INC.,<br><br>　　　　　　Defendant.<br>_____/ | **Case No.:** 3:20-cv-00036-LRH-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, LANDON BISSETT, and Defendant, ALS USA INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

//

//

//

//

1

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 16th day of March, 2021.
MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert
MARK MAUSERT
729 Evans Avenue
Reno, Nevada 89512
*Attorney for Plaintiff*

DATED this 16th day of March, 2021.
SIMONS HALL JOHNSTON PC

By: /s/ Anthony Hall
ANTHONY HALL
KENDRA JEPSEN
6490 S. McCarran Blvd., Suite F-46
Reno, Nevada 89509
Attorneys for Defendant

**IT IS SO ORDERED.**

DATED this 17th day of March, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2.